FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 13 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

# UNITED IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| IN RE: PROFEMUR HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL NO. 2949<br>4:20-MD-2949-KGB |
| MARY KATHRYN SIMS,<br><br>    Plaintiff,<br>v.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation; and MICROPORT ORTHOPEDICS, INC., a Delaware corporation.<br><br>    Defendants. | Civil Action<br>No.: 4:23-CV-119-KGB |

## DIVERSITY DISCLOSURE STATEMENT

This Disclosure Statement is filed on behalf of Plaintiff Mary Kathryn Sims in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a). Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party:

| | |
|---|---|
| Mary Kathryn Sims (Plaintiff) | Kansas City, Kansas (Wyandotte County) (Citizenship) |
| Wright Medical Technology, Inc. (Defendant) | Arlington, Tennessee (Shelby County) (Citizenship) |
| MicroPort Orthopedics, Inc. (Defendant) | Arlington, Tennessee (Shelby County) (Citizenship) |

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: February 10, 2023

/s/ *N. Kirkland Pope*
N. Kirkland Pope
GA Bar No. 584255
**POPE MCGLAMRY, P.C.**
3391 Peachtree Road, NE
Atlanta, GA  30326
Phone: 404-523-7706
Fax: 404-524-1648
Email: efile@pmkm.com

*Attorney for Plaintiff*